**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM F. RUBRECHT, on behalf of plaintiff and the class members described below, | ) ) ) ) | |
| Plaintiff, | ) ) | 13-cv-7538 Judge Milton I. Shadur |
| vs. | ) ) | Mag. Judge Geraldine S. Brown |
| ROBERT B. STEELE; APLINGTON KAUFMAN MCCLINTOCK STEELE AND BARRY, LTD.; COLLECTION PROFESSIONALS, INC.; and GREGORY HIMELICK, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

To:  (See attached service list)

**PLEASE TAKE NOTICE** that on Thursday, October 24, 2013, at 9:15 am, we will appear before the Honorable Judge Milton I. Shadur in Room 2303 in the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois 60604, and shall there and then present: **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**.

                                                                                s/Cassandra P. Miller
                                                                                Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603-3593
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

**CERTIFICATE OF SERVICE**

      I, Cassandra P. Miller, hereby certify that on October 22, 2013, I caused to be filed the foregoing documents via the CM/ECF System. As soon thereafter as service may be effectuated, the foregoing document will be served by process server upon the following parties, along with the summons and complaint in this matter:

Robert B. Steele
Aplington Kaufman McClintock Steele and Barry, Ltd.
    c/o Registered Agent Patrick Alan Barry
    160 Marquette St P.O. Box 517
    LaSalle, IL, 61301

Collection Professionals Inc.
Gregory Himelick
    c/o Registered Agent Scott Steven Edwards
    400 N. Dudley Street
    Macomb, IL 61455

                                                      s/Cassandra P. Miller
                                                      Cassandra P. Miller


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)