**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM F. RUBRECHT, | ) | |
| on behalf of plaintiff and the class | ) | |
| members described below, | ) | |
| | ) | |
| Plaintiff, | ) | 13-cv-7538 |
| | ) | Judge Milton I. Shadur |
| vs. | ) | Mag. Judge Geraldine S. Brown |
| | ) | |
| ROBERT B. STEELE; | ) | |
| APLINGTON KAUFMAN | ) | |
| MCCLINTOCK STEELE AND | ) | |
| BARRY, LTD.; COLLECTION | ) | |
| PROFESSIONALS, INC.; and | ) | |
| GREGORY HIMELICK, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO ENTER AND CONTINUE**
**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Plaintiff William F. Rubrecht, on behalf of himself and the classes, respectfully requests
that his motion for class certification be entered and continued until the Court sets an initial
status hearing in this matter.

In support of this motion, plaintiff states as follows:

1.      On October 21, 2013, Plaintiff filed his complaint and motion for class
certification.

2.      On October 22, 2013, Plaintiff noticed his motion for class certification for
October 24, 2013, at 9:15 am before Judge Milton I. Shadur.

3.      Defendants will be served with the complaint and motion for class certification by
registered agent.

4.      Defendants have yet to file an appearance in this case.

WHEREFORE, plaintiff respectfully requests that his motion for class certification be
entered and continued until the Court sets an initial status hearing in this matter.

1

Respectfully submitted,


s/Cassandra P. Miller
Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tara L. Goodwin
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603-3593
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

## CERTIFICATE OF SERVICE

      I, Cassandra P. Miller, hereby certify that on October 22, 2013, I caused to be filed the foregoing documents via the CM/ECF System. As soon thereafter as service may be effectuated, the foregoing document will be served by process server upon the following parties, along with the summons and complaint in this matter:

Robert B. Steele
Aplington Kaufman McClintock Steele and Barry, Ltd.
     c/o Registered Agent Patrick Alan Barry
     160 Marquette St P.O. Box 517
     LaSalle, IL, 61301

Collection Professionals Inc.
Gregory Himelick
     c/o Registered Agent Scott Steven Edwards
     400 N. Dudley Street
     Macomb, IL 61455

s/Cassandra P. Miller
Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)