**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM F. RUBRECHT, | ) | |
| on behalf of plaintiff and the class | ) | |
| members described below, | ) | |
| | ) | |
| Plaintiff, | ) | 13-cv-7538 |
| | ) | Judge Milton I. Shadur |
| vs. | ) | Mag. Judge Geraldine S. Brown |
| | ) | |
| ROBERT B. STEELE; | ) | |
| APLINGTON KAUFMAN | ) | |
| MCCLINTOCK STEELE AND | ) | |
| BARRY, LTD.; COLLECTION | ) | |
| PROFESSIONALS, INC.; and | ) | |
| GREGORY HIMELICK, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION FOR DISMISSAL

Plaintiff William F. Rubrecht and Defendants Robert B. Steele, Aplington Kaufman

McClintock Steele and Barry, LTD, Collection Professionals, Inc., and Gregory Himelick hereby

stipulate that Plaintiff's individual claims are dismissed without prejudice with leave to reinstate

in 30 days at which time the dismissal of Plaintiff's individual claims will convert to a dismissal

with prejudice with each party to bear their own costs in this action.  All class claims are

dismissed without prejudice.


Respectfully Submitted,


**WILLIAM F. RUBRECHT**

s/Cassandra P. Miller
Cassandra P. Miller
Counsel for Plaintiff

Daniel A. Edelman

Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER,
& GOODWIN, LLC
120 S. LaSalle Street
Suite 1800
Chicago, Illinois 60603
(312)739-4200


**COLLECTION PROFESSIONALS, INC. &**
**GREGORY HIMELICK**


<u>s/Justin M. Penn</u>
Justin M. Penn

David M. Schultz
Justin M. Penn
Hinshaw & Culbertson, LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601

**ROBERT B. STEELE &**
**APLINGTON KAUFMAN MCCLINTOCK STEELE AND BARRY, LTD.**

<u>s/Daniel F. Konicek</u>
Daniel F. Konicek

Daniel F. Konicek
Amanda J. Hamilton
Michael J. Corsi
Michael P. Hannigan
Konicek & Dillon, P.C.
21 W. State Street
Geneva, IL 60134

<u>**CERTIFICATE OF SERVICE**</u>

I, Cassandra P. Miller, hereby certify that on May 19, 2014, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF online system, which sent notice via email to each of the following parties:

David M. Schultz (dschultz@hinshawlaw.com)
Justin J. Penn (jpenn@hinshawlaw.com)

Daniel F. Konicek (dan@konicekdillonlaw.com)
Amanda J. Hamilton (amanda@konicekdillonlaw.com)
Michael J. Corsi (mcorsi@konicekdillonlaw.com)
Michael P. Hannigan (mhannigan@konicekdillonlaw.com)


s/Cassandra P. Miller<br>
Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER,
& GOODWIN, LLC
120 S. LaSalle Street
Suite 1800
Chicago, Illinois 60603
(312)739-4200